IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL DUBY,                              )
                                        )
            Plaintiff,                  )
                                        )  Civil No. 05-6126-TC
    v.                                  )
                                        )  ORDER
CAVALRY PORTFOLIO SERVICES,             )
LLC.,                                   )
                                        )
            Defendants.                 )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on August 16, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1     - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendant's motions to dismiss (#7) and for sanctions (#15) are denied.

IT IS SO ORDERED.

DATED this _7th_ day of _Sept._, 2005.

_Michael C. Hogan_
UNITED STATES DISTRICT JUDGE